# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

FREEDOM VY

*Defendant*

Case: 1:21-mj-00689
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/8/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   FREEDOM VY
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) (unlawful entry on restricted buildings or grounds); 40 U.S.C. § 5104(e)(2)(D) and (G) (Violent Entry and Disorderly Conduct on Capitol Grounds)

Date: 12/08/2021

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/08/2021, and the person was arrested on *(date)* 12/10/2021
at *(city and state)* HAVERTOWN, PA

Date: 12/10/2021

*Arresting officer's signature*

BRIAN M. JULIAN   FBI SPECIAL AGENT
*Printed name and title*