# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 21-MJ-689 (RMM) |
| v. : | |
| : | |
| **ISAIAH GIDDINGS,** : | |
| **BRIAN HEALION, and** : | |
| **FREEDOM VY,** : | |
| : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Alexis J. Loeb is entering her appearance in this matter on behalf of the United States.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052


    */s/ Alexis J. Loeb*
    ALEXIS J. LOEB
    CA Bar No. 269895
    Assistant United States Attorney
    District of Columbia
    Capitol Riot Detailee
    555 4th Street, NW
    Washington, D.C. 20530
    Telephone No. (415) 436-7168
    Alexis.Loeb@usdoj.gov