UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-mj-689 |
| | : | |
| ISAIAH GIDDINGS, | : | |
| BRIAN HEALION, and | : | |
| FREEDOM VY, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearings on April 25, 2022 are to be continued for good cause to June 21, 2022 at 1:00 p.m.; and it is further

**ORDERED** that the time between April 25, 2022 and June 21, 2022 shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery.

THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE